IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCUS B. LOCKHART                                          PLAINTIFF

v.                       No. 3:17-cv-33-DPM

JONESBORO POLICE DEPARTMENT;
JONESBORO DRUG TASK FORCE;
DEPARTMENT OF COMMUNITY
CORRECTIONS                                          DEFENDANTS

### ORDER

1. Lockhart hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 13 April 2017. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

2. The Court directs the Clerk to mail Lockhart an application to proceed *in forma pauperis*. If the Court grants Lockhart permission to proceed *in forma pauperis*, he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2017