IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCUS B. LOCKHART                                        PLAINTIFF

v.                    No. 3:17-cv-33-DPM

JONESBORO POLICE DEPARTMENT;
JONESBORO DRUG TASK FORCE;
DEPARTMENT OF COMMUNITY
CORRECTIONS                                              DEFENDANTS

## JUDGMENT

Lockhart's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 April 2017